# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**ANTON PEREVOZNIKOV,**
      **Petitioner,**

      **v.**　　　　　　　　　　　　　　　**CA25-85 JJM-LDA**

**MICHAEL NESSINGER, Warden,**
**Donald W. Wyatt Detention**
**Facility, et al.,**
      **Respondents.**

## ORDER

The United States is hereby ordered to file its response to the Petitioner's "Motion Under 28 U.S.C. 2241 Writ of Habeas Corpus," on or before **April 15th, 2025.**

SO ORDERED:

_____
Chief Judge John J. McConnell, Jr. – USDC

date:    March 11th, 2025